IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:19-CR-140-K |
| | § | |
| | § | |
| MIGUEL ANGEL ETCHECHURY (03) | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the *Forensic Evaluation* of Defendant Etchechury submitted by the Bureau of Prisons, dated January 23, 2020 and filed January 30, 2020, Doc. 171. On February 5, 2020, pursuant to this Court's referral, U.S. Magistrate Judge Renée Harris Toliver held a competency hearing regarding the *Forensic Evaluation*, at which Defendant Etchechury and the Government offered no objection to the report, no evidence, and no argument. The parties also agreed to waive the 14-day objection period and to the immediate entry of an order accepting the *Findings and Recommendation of the United States Magistrate Judge*.

Accordingly, the *Findings and Recommendation of the United States Magistrate Judge* are accepted, and the Court hereby adopts the findings of the *Forensic Evaluation*, Doc. 171, regarding Defendant Etchechury's competency.

Based on the foregoing, the Court finds that Defendant Miguel Angel Etchechury is competent to stand trial.

**SO ORDERED.**

**Signed February 6th, 2020.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE